FILED
IN THE OFFICE OF THE
CLERK OF SUPREME COURT
DECEMBER 9, 2021
STATE OF NORTH DAKOTA

# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 224

State of North Dakota,

Plaintiff and Appellee

v.

Justin Allen Hatcher,

Defendant and Appellant

## No. 20210137

Appeal from the District Court of Barnes County, Southeast Judicial District, the Honorable Jay A. Schmitz, Judge.

AFFIRMED.

Per Curiam.

Tonya Duffy, State's Attorney, Valley City, N.D., for plaintiff and appellee; submitted on brief.

Richard E. Edinger, Fargo, N.D., for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Justin Hatcher appeals from a criminal judgment and an order denying his motion to withdraw guilty pleas. Hatcher argues the district court abused its discretion in concluding he failed to establish a fair and just reason why he should be allowed to withdraw his guilty pleas. We summarily affirm under N.D.R.App.P. 35.1(a)(4), concluding the district court did not abuse its discretion in denying his motion to withdraw guilty pleas.

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte